

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00803-CR

**IN RE Sandra E. BROWN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  December 13, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

Relator, Sandra E. Brown, filed a petition for writ of mandamus asking this court to compel the Bexar County, Texas, District Attorney to comply with her request under the Texas Open Records Act. *See* TEX. GOV'T CODE ANN. §§ 552.001-552.353 (West 2012). Although a writ of mandamus is the proper remedy for failure to comply with the Open Records Act, this court does not have original jurisdiction over the writ; it must be filed in the trial court. *See* TEX. GOV'T CODE § 552.321(b); *In re Turner*, 998 S.W.2d 935, 935 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding); *Garner v. Gately*, 909 S.W.2d 61, 62 (Tex. App.—Waco 1995, orig. proceeding). Because we have no jurisdiction over relator's complaint, we dismiss her petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2015CR3457 and 2016CR9349W, styled *The State of Texas v. Olice Brown*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.